


# EXHIBIT C

## Pool Inspection Report

| Facility Information | | Audit Information | | Other Information | |
|---|---|---|---|---|---|
| **Permit:** | 26-1548D | **Audit Name:** | Pool Open Type D | **UDF-01:** | Volume: 4612 Gal |
| **Facility Name:** | CARIBBEAN RESORT & VILLAS | **Type:** | PSP-22_Complaint Inspection | **UDF-02:** | Pool Limit: 25 Persons |
| **Address:** | 3000 N OCEAN BLVD | **Start Date:** | 27 May 2020 03:21 PM | **UDF-03:** | Design Flow: 58 GPM |
| **Permit Type:** | TYPE-D SPA | **End Date:** | 27 May 2020 03:27 PM | **UDF-04:** | Surface Area: 257 SqFt |
| **City/State/Zip:** | MYRTLE BEACH, SC 29577 Horry | **Upload Date:** | 27 May 2020 02:25 PM | **UDF-05:** | Perimeter: 67 LinFt |
| **Phone 1:** | 843-448-7181 | **Inspector:** | Damian Czaplinski | **UDF-06:** | Minimum Flow: 38 GPM |
| **Phone 2:** | | **Rating:** | Fail | **UDF-07:** | Night Swimming: Yes |
| **Fax:** | | | | **UDF-08:** | Deck Area: 134 SqFt |
| **Email:** | lauren.doran@caribbeanresort.com; poolplaceholder@gmail.com; poolplaceholder@gmail.com | | | **UDF-09:** | Automatic Controls: Yes |
| | | | | **UDF-10:** | Disinfection Type: Sodium hypochlorite |

**Overall Rating**
**Fail**

### Pool Status

| Question | Comments | Answer |
|---|---|---|
| Pool Open for Public Use | | Yes |
| Number of Swimmers | | 2 |

### Non-Closure Items

| Question | Comments | Answer |
|---|---|---|
| 5.  Depth Markers on Deck & Walls | | Compliant |
| 6.  Ladders and Handrails | | Compliant |
| 7.  Pool Wall, Floor, and Water Line Tiles | | Compliant |
| 8.  Deck Clean and Clear; Backflow Preventers as Required | | Compliant |
| 9.  Skimmers or Gutter Operating; Skimmer Covers | | Compliant |
| 11. Bathroom(s) | | Compliant |
| 12. Drinking Water Fountain & Foot Rinse Shower | | Compliant |
| 13. Other Item(s) or Issue(s) as Noted | | No Items Found |

### Immediate Closure Items

| Question | Comments | Answer |
|---|---|---|
| 14. Perimeter Fencing and Gate(s) | | Compliant |
| 15. Item(s) From Previous Inspection Not Corrected | | No Previous Items Found |
| 16. Chlorine or Bromine | | Chlorine |
| 16a. Chlorine (mg/L) | • Chlorine outside of regulatory range (1.0-8.0ppm). See general comments for second reading. *Disinfectant outside regulatory range (1.0ppm - 8.0ppm) First test = >10.00 Second test = >10.00* | 10.0 |
| 17. pH Level | | 7.7 |
| 18. Cyanuric Acid | | Checked |
| 18a. Cyanuric Acid (mg/L) | | 4 |
| 19. Main Drain Grates | | Compliant |
| 25. Emergency Notification Device | • *Please correct volume issue. Operator claimed hearing was difficult.* | Compliant |
| 26. Spa Temperature | | 100.0 |
| 26a. Spa Temperature Monitored by Facility | | Compliant |
| 27. Pool and/or Spa Rules Signs Posted | | Compliant |
| 29. Two NO LIFEGUARD ON DUTY (6-inch), SWIM AT YOUR OWN RISK (4-inch) Signs Posted | | Compliant |
| 30. SC Pool Operator of Record Sign Posted | | Compliant |

| | | |
|---|---|---|
| 31. Pool Log Book Available | | Compliant |
| 32. Disinfection Equipment Operating | | Compliant |
| 33. Recirculation and Filtration System Operating | | Compliant |
| 34. Automatic Controller Operating | | Compliant |

## Determination

| Question | Comments | Answer |
|---|---|---|
| If this inspection resulted in an overall rating of Fail, DHEC has closed the pool. This constitutes a violation of the State Recreational Waters Act, SC Code Section 44-55-2310, et. Seq. | | Yes |
| Pool Reopening Instructions | | Reopen when corrections are made |

| Auditor Signature | Account Signature |
|---|---|
| *[signature]* | *[signature]* |