# May - June 2020   Dom. SPA

Pool Operator of Record must check off (✓) that these items are compliant during their inspections.

| Date | Time | Cl/Br | pH | Initials | Time | Cl/Br | pH | Initials | Main Drains | Life Saving Equipment | Phone Operational | Signs | POR Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/20 | 7:15 | 40 | 7.5 | R | | | | | / | / | / | / | R |
| 5/25/20 | 7:00 | 30 | 7.5 | R | | | | | / | / | / | / | R |
| 5/26/20 | 7:30 | 25 | 7.6 | R | | | | | / | / | / | / | R |
| 5/27/20 | 7:40 | 30 | 7.5 | R | | | | | / | / | / | / | R |
| 5/28/20 | 7:15 | 5.0 | 7.5 | R | | | | | / | / | / | / | R |
| 5/29/20 | 7:20 | 20 | 7.4 | R | | | | | / | / | / | / | R |
| 5/30/20 | | | | | | | | | | | | | |
| 5/31/20 | | | | | | | | | | | | | |
| 6/1/20 | | | | | | | | | | | | | |
| 6/2/20 | | | | | | | | | | | | | |
| 6/3/20 | | | | | | | | | | | | | |
| 6/4/20 | | | | | | | | | | | | | |
| 6/5/20 | | | | | | | | | | | | | |
| 6/6/20 | | | | | | | | | | | | | |

Week 23 | Week 24

**Cyanuric Acid (0-100ppm)**
*Required Testing Weekly, If Outdoor Pool*

| | Date | Time | Reading | Initials |
|---|---|---|---|---|
| Week 23 | | | | |
| Week 24 | | | | |

**NOTE:**
- Acceptable levels are : Chlorine 1.0ppm-8.0ppm; Bromine 2.3-17.8ppm; pH 7.0-7.8.
- Chlorine/Bromine and pH levels must be taken at least once per day while the pool is in operation.
- Annotated date with "Pool Closed" when not in operation.
- Document all chemicals and quantities added to pool in Maintenance Issues/Repairs section.

## Maintenance Issues and/or Repairs:

| Date | Initials |
|---|---|
| 5/24/20 | |
| 5/25/20 | |
| 5/26/20 | |
| 5/27/20 | N/EC |
| 5/28/20 | |
| 5/29/20 | |
| 5/30/20 | |
| 5/31/20 | |
| 6/1/20 | |
| 6/2/20 | |
| 6/3/20 | |
| 6/4/20 | |
| 6/5/20 | |
| 6/6/20 | |

POR Signature: _____

DHEC 3819 (11/2017) 12

## May – June 2020  DOM.  L.I.R.

| Date | Time | Cl/Br | pH | Initials | Time | Cl/Br | pH | Initials | Main Drains | Life Saving Equipment | Phone Operational | Signs | POR Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/20 | 7:00 | 2.0 | 7.6 | TC | | | | | | | | | |
| 5/25/20 | 9:00 | 3.5 | 7.6 | TC | | | | | | | | | |
| 5/26/20 | 7:30 | 3.0 | 7.4 | TC | | | | | | | | | |
| 5/27/20 | 10:00 | 2.0 | 7.8 | TC | | | | | | | | | |
| 5/28/20 | 9:00 | 3.0 | 7.8 | TC | | | | | | | | | |
| 5/29/20 | 8:30 | 4.0 | 7.7 | TC | | | | | | | | | |
| 5/30/20 | | | | | | | | | | | | | |
| 5/31/20 | | | | | | | | | | | | | |
| 6/1/20 | | | | | | | | | | | | | |
| 6/2/20 | | | | | | | | | | | | | |
| 6/3/20 | | | | | | | | | | | | | |
| 6/4/20 | | | | | | | | | | | | | |
| 6/5/20 | | | | | | | | | | | | | |
| 6/6/20 | | | | | | | | | | | | | |

Pool Operator of Record must check off (✓) that these items are compliant during their inspections.

Week 23
Week 24

### Cyanuric Acid (0-100ppm)
*Required Testing Weekly, If Outdoor Pool*

| Date | Time | Reading | Initials |
|---|---|---|---|
| Week 23 | | | |
| Week 24 | | | |

**NOTE:**
- Acceptable levels are: Chlorine 1.0ppm–8.0ppm; Bromine 2.3–17.8ppm; pH 7.0–7.8.
- Chlorine/Bromine and pH levels must be taken at least once per day while the pool is in operation.
- Annotated date with "Pool Closed" when not in operation.
- Document all chemicals and quantities added to pool in Maintenance Issues/Repairs section.

## Maintenance Issues and/or Repairs:

| Date | Initials |
|---|---|
| 5/24/20 | |
| 5/25/20 | |
| 5/26/20 | DH-C |
| 5/27/20 | |
| 5/28/20 | |
| 5/29/20 | |
| 5/30/20 | |
| 5/31/20 | |
| 6/1/20 | |
| 6/2/20 | |
| 6/3/20 | |
| 6/4/20 | |
| 6/5/20 | |
| 6/6/20 | |

66

BRITTAIN/CARIBBEAN 000017

## May - June 2020 Cay. Boat SPA

| Date | Time | Cl/Br | pH | Initials | Time | Cl/Br | pH | Initials | Main Drains | Life Saving Equipment | Phone Operational | Signs | POR Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/20 | 746 | 3.0 | 7.9 | Z | | | | | ) | ) | ) | ) | MM |
| 5/25/20 | 720 | 3.0 | 7.5 | Z | | | | | ) | ) | ) | ) | MM |
| 5/26/20 | 733 | 2.0 | 7.6 | R | | | | | ) | ) | ) | ) | MM |
| 5/27/20 | 7:30 | 3.0 | 7.3 | R | | | | | ) | ) | ) | ) | MM |
| 5/28/20 | 7:15 | 2.5 | 7.5 | R | | | | | ) | ) | ) | ) | MM |
| 5/29/20 | 725 | 3.0 | 7.2 | Z | | | | | | | | | |
| 5/30/20 | | | | | | | | | | | | | |
| 5/31/20 | | | | | | | | | | | | | |
| 6/1/20 | | | | | | | | | | | | | |
| 6/2/20 | | | | | | | | | | | | | |
| 6/3/20 | | | | | | | | | | | | | |
| 6/4/20 | | | | | | | | | | | | | |
| 6/5/20 | | | | | | | | | | | | | |
| 6/6/20 | | | | | | | | | | | | | |

Pool Operator of Record must check off (✓) that these items are compliant during their inspections.

### Cyanuric Acid (0-100ppm)
*Required Testing Weekly, If Outdoor Pool*

| | Date | Time | Reading | Initials |
|---|---|---|---|---|
| Week 23 | | | | |
| Week 24 | D/6/L | | | |

**NOTE:**
- Acceptable levels are : Chlorine 1.0ppm-8.0ppm; Bromine 2.3-17.6ppm; pH 7.0-7.8.
- Chlorine/Bromine and pH levels must be taken at least once per day while the pool is in operation.
- Annotated date with "Pool Closed" when not in operation.
- Document all chemicals and quantities added to pool in Maintenance Issues/Repairs section.

### Maintenance Issues and/or Repairs:

| Date | | Initials |
|---|---|---|
| 5/24/20 | | |
| 5/25/20 | | |
| 5/26/20 | | |
| 5/27/20 | | |
| 5/28/20 | | |
| 5/29/20 | | |
| 5/30/20 | | |
| 5/31/20 | | |
| 6/1/20 | | |
| 6/2/20 | | |
| 6/3/20 | | |
| 6/4/20 | | |
| 6/5/20 | | |
| 6/6/20 | | |

POR Signature: _____

DHEC 3819 (11/2017) 12

BRITTAIN/CARIBBEAN 000018

# May – June 2020 Cox Pool

| Date | Time | Cl/B | pH | Initials | Time | Cl/B | pH | Initials | Main Drains | Life Saving Equipment | Phone Operational | Signs | POR Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/20 | 240 | 60 | 7.4 | R | | | | | ( | — | — | ( | R |
| 5/25/20 | 726 | 3.5 | 7.5 | R | | | | | ) | ) | ) | ) | R |
| 5/26/20 | 7:15 | 2.0 | 7.3 | R | | | | | ( | ( | ( | ( | R |
| 5/27/20 | 7:00 | 3.0 | 7.3 | R | | | | | | | | | |
| 5/28/20 | 7:06 | 2.5 | 7.5 | R | | | | | | | | | |
| 5/29/20 | 7:10 | 4.0 | 7.5 | R | | | | | | | | | |
| 5/30/20 | | | | | | | | | | | | | |
| 5/31/20 | | | | | | | | | | | | | |
| 6/1/20 | | | | | | | | | | | | | |
| 6/2/20 | | | | | | | | | | | | | |
| 6/3/20 | | | | | | | | | | | | | |
| 6/4/20 | | | | | | | | | | | | | |
| 6/5/20 | | | | | | | | | | | | | |
| 6/6/20 | | | | | | | | | | | | | |

Week 23 / Week 24

Pool Operator of Record must check off (✓) that these items are compliant during their inspections.

## *Required Testing Weekly, If Outdoor Pool*
### Cyanuric Acid (0-100ppm)

| Date | Time | Reading | Initials |
|---|---|---|---|
| Week 23 | | | |
| Week 24 | | | DHS |

## Maintenance Issues and/or Repairs:

| Date | | Initials |
|---|---|---|
| 5/24/20 | | |
| 5/25/20 | | |
| 5/26/20 | | |
| 5/27/20 | | |
| 5/28/20 | | |
| 5/29/20 | | |
| 5/30/20 | | |
| 5/31/20 | | |
| 6/1/20 | | |
| 6/2/20 | | |
| 6/3/20 | | |
| 6/4/20 | | |
| 6/5/20 | | |
| 6/6/20 | | |

**NOTE:**
- Acceptable levels are : Chlorine 1.0ppm-8.0ppm; Bromine 2:3-17.6ppm; pH 7.0-7.8.
- Chlorine/Bromine and pH levels must be taken at least once per day while the pool is in operation.
- Annotated date with "Pool Closed" when not in operation.
- Document all chemicals and quantities added to pool in Maintenance Issues/Repairs section.

POR Signature: _____

DHEC 3819 (11/2017) 12

BRITTAIN/CARIBBEAN 000019

## May - June 2020    V/P   K/P   K/P

| Date | Time | Cl/Br | pH | Initials | Time | Cl/Br | pH | Initials | Main Drains | Life Saving Equipment | Phone Operational | Signs | POR Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/20 | 7:30 | 5.0 | 7.2 |  |  |  |  |  | ✓ | ✓ | ✓ | ✓ |  |
| 5/25/20 | 7:70 | 5.0 | 7.4 |  |  |  |  |  | ✓ | ✓ | ✓ | ✓ |  |
| 5/26/20 | 7:50 | 4.5 | 7.8 |  |  |  |  |  | ✓ | ✓ | ✓ | ✓ |  |
| 5/27/20 | 7:40 | 5.0 | 7.3 |  |  |  |  |  | ✓ | ✓ | ✓ | ✓ |  |
| 5/28/20 | 8:00 | 7.0 | 7.3 |  |  |  |  |  | ✓ | ✓ | ✓ | ✓ |  |
| 5/29/20 | 7:52 | 3.0 | 7.2 |  |  |  |  |  | ✓ | ✓ | ✓ | ✓ |  |
| 5/30/20 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 5/31/20 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 6/1/20 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 6/2/20 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 6/3/20 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 6/4/20 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 6/5/20 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 6/6/20 |  |  |  |  |  |  |  |  |  |  |  |  |  |

Pool Operator of Record must check off (✓) that those items are compliant during their inspections.

Week 23
Week 24

### Cyanuric Acid (0-100ppm)
*Required Testing Weekly, if Outdoor Pool*

| Date | Time | Reading | Initials |
|---|---|---|---|
| Week 23 |  |  |  |
| Week 24 |  |  |  |

**NOTE:**
- Acceptable levels are : Chlorine 1.0ppm-8.0ppm; Bromine 2.3-17.6ppm; pH 7.0-7.8.
- Chlorine/Bromine and pH levels must be taken at least once per day while the pool is in operation.
- Annotated date with "Pool Closed" when not in operation.
- Document all chemicals and quantities added to pool in Maintenance Issues/Repairs section.

### Maintenance Issues and/or Repairs:

| Date | | Initials |
|---|---|---|
| 5/24/20 | | |
| 5/25/20 | | |
| 5/26/20 | | |
| 5/27/20 | | |
| 5/28/20 | | |
| 5/29/20 | | |
| 5/30/20 | | |
| 5/31/20 | | |
| 6/1/20 | | |
| 6/2/20 | | |
| 6/3/20 | | |
| 6/4/20 | | |
| 6/5/20 | | |
| 6/6/20 | | |

DHEC 3819 (11/2017) 12

POR Signature: _____

# May - June 2020   W/P   Pool

Pool Operator of Record must check off (✓) that these items are compliant during their inspections.

| Date | Time | Cl/Br | pH | Initials | Time | Cl/Br | pH | Initials | Main Drains | Life Saving Equipment | Phone Operational | Signs | POR Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/20 | | 3.0 | 7.4 | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 5/25/20 | | 7.0 / 2.5 | 7.5 | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 5/26/20 | | 7.0 / 4.0 | 7.5 | | | | | | | | | | |
| 5/27/20 | | 6.0 / 3.0 | 7.5 | | | | | | | | | | |
| 5/28/20 | | 8.0 / 3.5 | 7.5 | | | | | | | | | | |
| 5/29/20 | | 7.0 / 3.5 | 7.5 | | | | | | | | | | |
| 5/30/20 | | | | | | | | | | | | | |
| 5/31/20 | | | | | | | | | | | | | |
| 6/1/20 | | | | | | | | | | | | | |
| 6/2/20 | | | | | | | | | | | | | |
| 6/3/20 | | | | | | | | | | | | | |
| 6/4/20 | | | | | | | | | | | | | |
| 6/5/20 | | | | | | | | | | | | | |
| 6/6/20 | | | | | | | | | | | | | |

## Cyanuric Acid (0-100ppm)
*Required Testing Weekly, if Outdoor Pool*

| | Date | Time | Reading | Initials |
|---|---|---|---|---|
| Week 23 | | | | |
| Week 24 | | | | |

**NOTE:**
- Acceptable levels are: Chlorine 1.0ppm-8.0ppm; Bromine 2.3-7.6ppm; pH 7.0-7.8.
- Chlorine/Bromine and pH levels must be taken at least once per day while the pool is in operation.
- Annotated data with "Pool Closed" when not in operation.
- Document all chemicals and quantities added to pool in Maintenance Issues/Repairs section.

## Maintenance Issues and/or Repairs:

| | Initials |
|---|---|
| 5/24/20 | |
| 5/25/20 | |
| 5/26/20 | |
| 5/27/20 | |
| 5/28/20 | |
| 5/29/20 | |
| 5/30/20 | |
| 5/31/20 | |
| 6/1/20 | |
| 6/2/20 | |
| 6/3/20 | |
| 6/4/20 | |
| 6/5/20 | |
| 6/6/20 | |

POR Signature: _____

DHEC 3819 (11/2017)   12

92
BRITTAIN/CARIBBEAN 000021

## May – June 2020 — Chlor. & Pool

| Date | Time | Cl/Br | pH | Initials | Time | Cl/Br | pH | Initials | Main Drains | Life Saving Equipment | Phone Operational | Signs | POR Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/20 | 9:90 | 50 | 7.3 | Z | | | | | | | | | |
| 5/25/20 | 8:15 | 40 | 7.6 | Z | | | | | | | | | |
| 5/26/20 | 8:30 | 5.5 | 7.4 | Z | | | | | | | | | |
| 5/27/20 | 9:40 | 3.0 | 7.8 | Z | | | | | | | | | |
| 5/28/20 | 8:50 | 4.0 | 7.6 | Z | | | | | | | | | |
| 5/29/20 | 9:00 | 3.0 | 7.6 | Z | | | | | | | | | |
| 5/30/20 | | | | | | | | | | | | | |
| 5/31/20 | | | | | | | | | | | | | |
| 6/1/20 | | | | | | | | | | | | | |
| 6/2/20 | | | | | | | | | | | | | |
| 6/3/20 | | | | | | | | | | | | | |
| 6/4/20 | | | | | | | | | | | | | |
| 6/5/20 | | | | | | | | | | | | | |
| 6/6/20 | | | | | | | | | | | | | |

Pool Operator of Record must check off (✓) that these items are compliant during their inspections.

### Cyanuric Acid (0-100ppm)
*Required Testing Weekly, If Outdoor Pool*

| | Date | Time | Reading | Initials |
|---|---|---|---|---|
| Week 23 | | | | |
| Week 24 | | | | |

**NOTE:**
- Acceptable levels are: Chlorine 1.0ppm-8.0ppm; Bromine 2.3-17.8ppm; pH 7.0-7.8.
- Chlorine/Bromine and pH levels must be taken at least once per day while the pool is in operation.
- Annotated date with "Pool Closed" when not in operation.
- Document all chemicals and quantities added to pool in Maintenance Issues/Repairs section.

### Maintenance Issues and/or Repairs:

| Date | Initials |
|---|---|
| 5/24/20 | |
| 5/25/20 | |
| 5/26/20 | |
| 5/27/20 | |
| 5/28/20 | |
| 5/29/20 | |
| 5/30/20 | |
| 5/31/20 | |
| 6/1/20 | |
| 6/2/20 | |
| 6/3/20 | |
| 6/4/20 | |
| 6/5/20 | |
| 6/6/20 | |

DHEC 3819 (11/2017) 12                    POR Signature: _____

## May - June 2020 Jam. Pool

| Date | Time | Cl/Br | pH | Initials |
|---|---|---|---|---|
| 5/24/20 | 730 | 30 | 72 | ? |
| 5/25/20 | 840 | 4.0 | 75 | ? |
| 5/26/20 | 800 | 3.0 | 7.1 | ? |
| 5/27/20 | 740 | 40 | 7.3 | ? |
| 5/28/20 | 800 | 40 | 7.8 | ? |
| 5/29/20 | 845 | 50 | 7.0 | ? |
| 5/30/20 | | | | |
| 5/31/20 | | | | |
| 6/1/20 | | | | |
| 6/2/20 | | | | |
| 6/3/20 | | | | |
| 6/4/20 | | | | |
| 6/5/20 | | | | |
| 6/6/20 | | | | |

**Week 23**

**Week 24**

### Cyanuric Acid (0-100ppm)
*Required Testing Weekly, if Outdoor Pool*

| Date | Time | Reading | Initials |
|---|---|---|---|
| Week 23 | | | |
| Week 24 | | | |

**NOTE:**
- Acceptable levels are: Chlorine 1.0ppm-8.0ppm; Bromine 2.3-17.6ppm; pH 7.0-7.8.
- Chlorine/Bromine and pH levels must be taken at least once per day while the pool is in operation.
- Annotated date with "Pool Closed" when not in operation.
- Document all chemicals and quantities added to pool in Maintenance Issues/Repairs section.

### Pool Operator of Record must check off (✓) that these items are compiled during their inspections.

| | Main Drains | Life Saving Equipment | Phone Operational | Signs | POR Initials |
|---|---|---|---|---|---|
| | ) | ( | ) | ) | ?? |
| | ) | ) | ) | ) | ?? |
| | ) | ( | ) | ) | |

### Maintenance Issues and/or Repairs:

| Date | | Initials |
|---|---|---|
| 5/24/20 | | |
| 5/25/20 | | |
| 5/26/20 | | |
| 5/27/20 | | |
| 5/28/20 | | |
| 5/29/20 | | |
| 5/30/20 | | |
| 5/31/20 | | |
| 6/1/20 | | |
| 6/2/20 | | |
| 6/3/20 | | |
| 6/4/20 | | |
| 6/5/20 | | |
| 6/6/20 | | |

POR Signature: _____

DHEC 3819 (11/2017) 12