# EXHIBIT B

**Veronica Myers**

| | |
|---|---|
| **From:** | Brandon Jones <bjones@mckayfirm.com> |
| **Sent:** | Tuesday, February 21, 2023 11:17 AM |
| **To:** | Alicia Bolyard |
| **Subject:** | FW: Heather Douglas v. Brittain Resorts et al |



**Brandon P. Jones**
Partner

The McKay Firm, P.A.
Office: (803) 256-4645
Direct Dial: (803) 705-2152
Address: PO Box 7217, Columbia, SC 29202

www.mckayfirm.com

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged.  The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message.  This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney-client and/or work product privileges.  If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments.

**From:** Brian Ward <brianward@tl4j.com>
**Sent:** Monday, January 30, 2023 6:20 PM
**To:** Brandon Jones <bjones@mckayfirm.com>
**Cc:** Becky Jetzke <bjetzke@mckayfirm.com>; Erin Powers <erin@tl4j.com>; Fernando Diaz <fdiaz@McKayFirm.com>; Jen Perez <jenperez@tl4j.com>; Joel Hughes <jhughes@bergerlawsc.com>; Kenneth Berger <kberger@bergerlawsc.com>; Shannon Spalter <sspalter@bergerlawsc.com>; nick@tl4j.com
**Subject:** Re: Heather Douglas v. Brittain Resorts et al

Appreciate the response, but your clients deserve a very difficult conversation from their respective counsels.  Not sure who is asleep at the wheel here, but this is the kind of thing that costs careers.

It should go without saying that both your carrier and clients are facing a devastating excess verdict and punitive damages award.  Unfortunately, based on your 'offer', it did clearly need to be said.

Best,
BJW

On Mon, Jan 30, 2023 at 2:59 PM Brandon Jones <bjones@mckayfirm.com> wrote:

> Counsel:
>
> Good evening.  Attached please find a letter in this matter in response to Plaintiff's demand.

Thank you.

Brandon



PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged.  The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message.  This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney-client and/or work product privileges.  If you are not the



Brian J Ward
Trial Attorney
548 Market St PMB 66906
San Francisco, CA 94104
Cell: 818-259-0988
Office: 310-855-3727 ext. 415
Fax: 310-855-3595
brianward@TL4J.com
www.TL4J.com

3