IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Heather Douglas, individually and as mother and guardian for A.D., a minor,<br><br>        Plaintiff,<br><br>vs.<br><br>Brittain Resorts & Hotels, LLC, Ocean Front Investors, LLC d/b/a Caribbean Resorts & Villas, Hucks Pool Company, Inc.; Caribbean Oceanfront Tower Homeowners' Association, Inc.; Ally Management, Inc.<br>        Defendants. | Case No.: 4:21-CV-1773-RBH<br><br>**STIPULATION OF DISMISSAL AS TO ALLY MANAGEMENT, INC.**<br><br>**(WITH PREJUDICE)** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff in the above-captioned case, by and through the undersigned Counsel, hereby stipulates to the dismissal with prejudice of all claims which were or could have been asserted against Ally Management, Inc. Further, Ally Management, Inc., by and through the undersigned Counsel, hereby stipulates to the dismissal with prejudice of all claims which were or could have been asserted against the Plaintiff. Each party agrees to bear its own costs.

**[SIGNATURE BLOCK TO FOLLOW]**

1

**WE SO MOVE:**

*s/Christopher L. Murphy*
Christopher L. Murphy, Esq.
Federal Bar #: 07145
Alicia N. Bolyard, Esq.
Federal Bar #: 13196
Resnick & Louis, P.C.
146 Fairchild Street, Suite 130
Charleston, SC 29492
843-800-1187
cmurphy@rlattorneys.com
abolyard@rlattorneys.com

*and*

Preston B. Dawkins Jr., Esq.
Federal Bar #: 9445
Aiken Bridges Elliott Tyler & Saleeby, P.A.
181 E. Evans Street, #409
Florence, SC 29506
843-669-8787
pbd@aikenbridges.com
**ATTORNEYS FOR ALLY MANAGEMENT, INC.**

**WE SO CONSENT:**
*s/Kenneth E. Berger*
Kenneth E. Berger, Esq.
Federal Bar #: 11083
Joel S. Hughes, Esq.
Federal Bar #: 09796
Law Office of Kenneth E. Berger, LLC
5205 Forest Dr.
Columbia, SC 29206
803-790-2800
kberger@bergerlawsc.com
jhughes@bergerlawsc.com

*and*

Brian J. Ward, Esq.
Erin L. Powers, Esq.
Nicholas C. Rowley, Esq.
Trial Lawyers for Justice
548 Market St. PMB 66906
San Francisco, CA 94104
310-855-3727, ext. 415
erin@tl4j.com
brianward@tl4j.com
**ATTORNEYS FOR PLAINTIFF**